UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DANNIS C. WOODS,**

    **Plaintiff,**

**v.**	    Case No. 4:25-cv-237-TKW-MAF

**CENTURION, et al.,**

    **Defendants.**

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 4). No objections were filed.[1]

Upon due consideration of the Report and Recommendation and the entire case file, the Court agrees with the magistrate judge's determination that this case should be dismissed under the "three-strikes statute," 28 U.S.C. §1915(g), and as "malicious" based on Plaintiff's failure to fully disclose his litigation history, *see Burrell v. Warden*, 857 F. App'x 624, 625 (11th Cir. 2021) ("An action is malicious when a prisoner misrepresents his prior litigation history on a complaint form

---

[1] Plaintiff filed several documents after the Report and Recommendation was issued, *see* Docs. 5, 6, 7, 8, but those documents were largely incomprehensible and did not take issue with any of the analysis in the Report and Recommendation. To the extent those documents requested any affirmative relief, it is denied.

requiring disclosure of such history and signs the complaint under penalty of perjury, as such a complaint is an abuse of the judicial process."). Accordingly, it is

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED without prejudice** under 28 U.S.C. §1915(g) and §1915(e)(2)(B)(i).

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 27th day of June, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**